DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH TUCH,**
Appellant,

v.

**PETER TICKTIN, CHRISTOPHER MELENDEZ, THE TICKTIN LAW GROUP, P.A.,** a Florida Professional Association, and **THE TICKTIN LAW GROUP, PLLC,** a Florida Professional Limited Liability Company,
Appellees.

No. 4D21-2628

[January 26, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-lisa Phillips, Judge; L.T. Case No. CACE18-17295.

Lawrence J. Shapiro of Lawrence J. Shapiro & Associates, P.A., Miami, for appellant.

Michael Vater and Peter Ticktin of The Ticktin Law Group, Deerfield Beach, for appellees Peter Ticktin and The Ticktin Law Group, PLLC.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***